SUE FAHAMI
Executive Assistant United States Attorney
Nevada Bar No. 5634
PENELOPE J. BRADY
Assistant United States Attorney
400 S. Virginia Street, Suite 900
Reno, NV  89501
(775) 784-5438
Penelope.Brady@usdoj.gov

*Representing the United States of America*

**FILED**

**OCT 2 3 2025**

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY:_____Deputy

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

DYLAN ANDERSON,

          Defendant.

Case No: 3:25-cr-37-ART-CSD

CRIMINAL INDICTMENT

VIOLATION

18 U.S.C. §§ 2252A(a)(2), (b)(1) –
Distribution and Receipt of Child
Pornography (Count 1).

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

Distribution and Receipt of Child Pornography

(18 U.S.C. §§ 2252A(a)(2), (b)(1))

Beginning on or about March 29, 2025, and continuing up to and including on or about June 17, 2025, in the State and Federal District of Nevada,

DYLAN ANDERSON,

defendant herein, knowingly distributed and received child pornography, as defined in Title 18, United States Code, Section 2256(8), and material containing child pornography, that

had been mailed, shipped and transported in and affecting interstate and foreign commerce by a means that included by computer, and that had been shipped and transported using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

FORFEITURE ALLEGATION

Distribution and Receipt of Child Pornography and

Possession of Child Pornography

1.  The allegations contained in Count One of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 2253(a)(1) and 2253(a)(3).

2.  Upon conviction of any of the felony offense charged in Count One of this Criminal Indictment,

DYLAN ANDERSON,

defendant herein, shall forfeit to the United States of America, any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A(a)(2) and 2252A(a)(5)(B): defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of 18 U.S.C. § 2252A(a)(2) and 2252A(a)(5)(B) or any property traceable to such property:  a

/ / /

/ / /

/ / /

2

White Motorola g Stylus Cell Phone with Black Case –IMEI 357973953482261;

All under 18 U.S.C. §§ 2252A(a)(2), 2252A(a)(5)(B), 2253(a)(1), and 2253(a)(3).

**DATED:** this _23_ day of October 2025.

**A TRUE BILL:**

_____
FOREPERSON OF THE GRAND JURY

SUE FAHAMI
Executive Assistant United States Attorney

_____
PENELOPE J. BRADY
Assistant United States Attorney

3