PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

CASE NO. 3:25-cr-37-ART-CSD

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.

Defendant: DYLAN ANDERSON

Address:

**FILED**
OCT 2 3 2025
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY: _____ Deputy

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF _____
Divisional Office

Name and Office of Person
Furnishing Information on
THIS FORM   ☐ U.S. Atty ☐ Other U.S. Agency
Phone No. _____
Name of Asst.
U.S. Attorney
(if assigned) _____

☐ Interpreter Required   Dialect: _____

Birth Date _____
☐ Male   ☐ Alien
☐ Female  (if applicable)

Social Security Number _____

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

_____

☐ person is awaiting trial in another Federal or State Court (give name of court)

_____

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense _____ County _____

### DEFENDANT

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. §§ 2252A(a)(2), (b)(1) | Distribution and Receipt of Child Pornography | 1 |
| | | | |
| | | | |
| | | | |
| | | | |